# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NationsRent, Inc., *et al.*[1] | Case Nos. 01-11628 - 01-11639 (PJW) Jointly Administered |
| Debtors. | |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not Personally, but as Trustee | |
| Plaintiff, | District Court Case Nos. (KAJ): |
| v. | |
| Advanced Tire Inc. | 04-CV-713 |
| Airdyne Management Inc. | 04-CV-714 |
| ASAP Equipment Rental & Sales | 04-CV-716 |
| EJ Reynolds, Inc. | 04-CV-722 |
| CMD Group | 04-CV-726 |
| GCR Pensacola Truck Tire Ctr. | 04-CV-730 |
| GMR Marketing LLC | 04-CV-731 |
| Goodyear Commercial Tire & Service Center | 04-CV-733 |
| Mutual Industries | 04-CV-737 |
| Nabors Radiator & Electric | 04-CV-738 |
| Harte-Hanks | 04-CV-739 |
| US Market Inc. | 04-CV-740 |
| Joe Money Machinery | 04-CV-741 |
| Office Management Systems Inc. | 04-CV-742 |
| Ingram Trucking LLC | 04-CV-744 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | 04-CV-753 |

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

608107v1

| | |
|---|---|
| Maxout Sourcing Services | 04-CV-758 |
| The Valvoline Company | 04-CV-759 |
| Morgan Marshall Industries Inc. | 04-CV-763 |
| A.O.K. Tire Mart II, Inc. | 04-CV-766 |
| Ael Leasing Co., Inc. | 04-CV-767 |
| GSR Construction, Inc. | 04-CV-768 |
| Gullo Ford Mercury | 04-CV-769 |
| Hick's Petroleum Distributors, Inc. | 04-CV-770 |
| Holt Equipment Company Co., LLC | 04-CV-772 |
| John Ray and Sons Inc. | 04-CV-774 |
| Orlando Industrial Contractors | 04-CV-776 |
| Original Equipment Replacement Parts, Inc. | 04-CV-777 |
| Johnson Ford Truck | 04-CV-779 |
| Parkway Truck Sales, Inc. | 04-CV-781 |
| M.P. Brine Inc. | 04-CV-783 |
| Authorized Equipment, Inc. | 04-CV-784 |
| Neff Rental Inc. | 04-CV-785 |
| Pratt & Whiney Canada, Inc. | 04-CV-786 |
| Diamond J. Transport, Inc. | 04-CV-787 |
| Equiptechs, Inc. | 04-CV-789 |
| Promotion Solution Inc. | 04-CV-790 |
| Progressive Tractor Corp. | 04-CV-791 |
| Olsen Tire | 04-CV-792 |
| Contractors Machinery Co. Inc. | 04-CV-795 |
| Southeastern Crane | 04-CV-799 |
| BBF, Ltd | 04-CV-800 |
| C.G.&E. | 04-CV-802 |
| Vic's Tire Service | 04-CV-804 |
| Texana Machinery Corp. | 04-CV-805 |
| Commercial Tire Inc. | 04-CV-806 |
| Tacony Corporation | 04-CV-808 |
| ADA Resources Inc. | 04-CV-976 |

| | |
|---|---|
| American Hydraulics | 04-CV-980 |
| TMP Worldwide Inc. a/k/a Monster Worldwide, Inc. | 04-CV-986 |
| Kent Demolition Tools | 04-CV-987 |
| Alternators Unlimited Reb. | 04-CV-988 |
| Land & Sea Petroleum, Inc. | 04-CV-993 |
| Little Beaver, Inc. | 04-CV-997 |
| Columbus McKinnon Corp. | 04-CV-999 |
| Corporate Express | 04-CV-1001 |
| Truck PM Corporation | 04-CV-1002 |
| Diamant Boart Inc. | 04-CV-1004 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| Diamond Hydraulics | 04-CV-1006 |
| Harbor Graphics Corporation | 04-CV-1007 |
| The Miller Spreader Co. | 04-CV-1008 |
| Hindley Electronics, Inc. | 04-CV-1013 |
| Mission Critical System, Inc. | 04-CV-1014 |
| Hunt & Sons | 04-CV-1019 |
| Empire Partner Inc. | 04-CV-1023 |
| Multiquip Inc. | 04-CV-1025 |
| Naab Consulting Corp. | 04-CV-1027 |
| Mobile Storage Group, Inc. | 04-CV-1028 |
| Robertson Fleet Service Inc. | 04-CV-1029 |
| Rhode Island Tire Co. Inc. | 04-CV-1032 |
| 3-D/Coastal Oil Company | 04-CV-1033 |
| Black & Veatch Constr. | 04-CV-1039 |
| Igloo Products Corp. | 04-CV-1042 |
| ID Technologies, Inc. | 04-CV-1043 |
| Nortrax Equipment Co. South LA | 04-CV-1044 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Hart Industries Inc. | 04-CV-1046 |
| Partner Industrial Products | 04-CV-1047 |
| Gene Jackson Tire Co. | 04-CV-1049 |

| | |
|---|---|
| Star Tire Company Inc. | 04-CV-1050 |
| Palmer Distributing & Sales | 04-CV-1055 |
| Parts Associates | 04-CV-1056 |
| Bay Counties Pitcock Petroleum Inc. | 04-CV-1060 |
| Peterson Tire Inc. | 04-CV-1061 |
| Nashville Tractor & Equip. Inc. f/k/a Nashville Ford Tractor | 04-CV-1063 |
| Nortrax NE LLC | 04-CV-1064 |
| NSTAR Electric & Gas Corporation | 04-CV-1066 |
| NACM | 04-CV-1067 |
| Illuminating Company | 04-CV-1070 |
| Napa Auto Parts of Franklin | 04-CV-1073 |
| Industrial Hydraulics | 04-CV-1075 |
| Vickers & Asso., Inc. | 04-CV-1079 |
| Jimmy's Garage | 04-CV-1080 |
| Viking Oil | 04-CV-1081 |
| Southern Energy Company | 04-CV-1084 |
| Nickey Petroleum Co. Inc. | 04-CV-1085 |
| Voltech Company | 04-CV-1087 |
| OTR Tire & Supply Co. | 04-CV-1088 |
| Overland Machinery Co. | 04-CV-1089 |
| Penick, Parr & Associates | 04-CV-1092 |
| Southern Line | 04-CV-1093 |
| Watkins Oil Co. Inc. | 04-CV-1097 |
| Stewart & Stevenson | 04-CV-1101 |
| World Wide Welding & Press Inc. | 04-CV-1103 |
| Roland J. Robert Dist. Inc. | 04-CV-1104 |
| Don's Tire Service, Inc. | 04-CV-1106 |
| Pro Chem Cleaning | 04-CV-1108 |
| Stellers Petroleum Products Inc. | 04-CV-1109 |
| Sunbelt Rentals Inc. | 04-CV-1110 |
| Dorris Cleaning | 04-CV-1111 |
| Vermeer Sales & Services of Colorado, Inc. | 04-CV-1112 |

| | |
|---|---|
| Staffing Master.com | 04-CV-1113 |
| Douglass Distributing | 04-CV-1114 |
| Keson Industries Inc. | 04-CV-1116 |
| Dutchess Forging | 04-CV-1117 |
| Quick Corner CITGO | 04-CV-1119 |
| Tex Con Oil Company | 04-CV-1120 |
| JAM Distributing Company | 04-CV-1123 |
| Barloworld Handling LP | 04-CV-1125 |
| Equipment Development Co., Inc. | 04-CV-1128 |
| Tioga Inc. | 04-CV-1129 |
| Falcon Power | 04-CV-1130 |
| TIP Dept 0501 | 04-CV-1131 |
| Tire Centers LLC | 04-CV-1133 |
| S&D Tire Inc. | 04-CV-1134 |
| Tullo Truck Stop | 04-CV-1138 |
| Sanford Auto & Truck Parts | 04-CV-1140 |
| Fischer Group | 04-CV-1141 |
| Construction Machinery, Inc. | 04-CV-1142 |
| Collision Pro | 04-CV-1149 |
| Fleetwing Corp. | 04-CV-1151 |
| Fluid Tech Hydraulics, Inc. | 04-CV-1154 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| Arrow Master, Inc. | 04-CV-1160 |
| J&B Auto Supply, Inc. | 04-CV-1162 |
| L&P Financial Services | 04-CV-1165 |
| Vermeer Equipment of Texas Inc. | 04-CV-1166 |
| Delta BCX Printing | 04-CV-1167 |
| Services & Materials, Co. | 04-CV-1171 |
| M & D Distributors | 04-CV-1172 |
| SB Power Tool Corp. | 04-CV-1174 |
| Vermeer Northeast | 04-CV-1175 |
| Husqvarna Forest & Garden | 04-CV-1176 |

| | |
|---|---|
| Miller Bros Giant Tire Service-Jacksonville, Inc. | 04-CV-1178 |
| Wayne Miller's Mobile Tire Inc. | 04-CV-1179 |
| Stone Construction Equipment Inc. | 04-CV-1183 |
| Jeff Falkanger & Associates | 04-CV-1184 |
| Mobile Products, Inc. | 04-CV-1186 |
| Sun Coast Resources Inc. | 04-CV-1188 |
| Vermeer Sales of Texas Inc. | 04-CV-1189 |
| Morgan Auto Supply Co. | 04-CV-1191 |
| Morgan Guaranty Trust Company of New York | 04-CV-1192 |
| Napa Auto Parts | 04-CV-1193 |
| Valley Tire Co., Inc. | 04-CV-1194 |
| Triton Transport Inc. | 04-CV-1196 |
| Vector Security Inc. | 04-CV-1197 |
| Truck Lease Corp. | 04-CV-1198 |

## NOTICE OF SERVICE

*PLEASE TAKE NOTICE* that on November 4, 2005, Perry Mandarino, not personally, but as Trustee of the NationsRent Unsecured Creditor's Liquidating Trust (the "Trustee"), by and through undersigned counsel, served copies of the following document:

- **Initial Disclosures of Creditor Trust Trustee Pursuant to Bankruptcy Rule 7026**

upon the parties listed on the attached service list by First Class United States Mail.

Dated: November 10, 2005

THE BAYARD FIRM

Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
Telephone:    (302) 655-5000

- and -

608107v1

6

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone:    (973) 597-2500

Co-Counsel for Perry Mandarino, not
personally, but as Trustee for the
NationsRent Unsecured Creditor's
Liquidating Trust

Jeffrey Wasserman, Esq.
Ciconte, Roseman and Wasserman
1300 King Street
Wilmington, DE  19801

Re:  3-D/Coastal Oil Company

Jeffrey Wasserman, Esq.
Ciconte, Roseman and Wasserman
1300 King Street
Wilmington, DE  19801

Re:  A.O.K. Tire Mart II, Inc.

Steven M. Ott, Esq.
55 Public Square, Suite 1008
Cleveland, OH  44113

Re:  Advanced Tire

William G. Wright, Esq.
Farr, Burke, Gambacorta & Wright
211 Benigno Blvd., Suite 201
Bellmawr, NJ  08031

Re:  Ael Leasing Co., Inc.

Kathleen J. Campbell, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Re:  Airdyne

Joyce Lindauer
12900 Preston Road, Suite 1050
Dallas, TX  75320

Re:  Alternators Unlimited Reb.

Jeffrey Wasserman, Esq.
Ciconte, Roseman and Wasserman
1300 King Street
Wilmington, DE  19801

Re:  American Hydraulics

Jeffrey Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE  19801

Re:  Arrow Master

Judy Jones, Esq.
Cross & Simon LLC
913 N. Market Street, Suite 1001
PO Box 1380
Wilmington, DE 19899

Re: ASAP Rental


Attn: Aubrey D1 Pitcock, Registered Agent
220 Hookston Road
Pleasant Hill, CA 04522

Re: Bay Counties Pitcock Petroleum


Attn: Joe Baker, CEO/President
10950 Belcher Road
Largo, FL 33777

Re: BBF Printing Solutions, Inc.


Attn: Carol Clark, General Counsel
11401 Lamar Avenue
Overland Park, Kansas 66211

Re: Black & Veatch Constr., Inc.


Attn: Clarence Bergman, President/CEO
1446 N 24th Avenue
Phoenix, AZ 85009

Re: Blue Ribbon Tire


Attn: President / CEO
5710 Riverview Road
Mableton, GA 30059

Re: Burch-Lowe, Inc.


Attn: The Corporation Company
2000 Interstate Park Drive, Suite 2
Montgomery, AL 36100

Re: Burch-Lowe, Inc.


Eric French
139 E. Fourth Street, 25 Atrium II
Cincinnati, OH 45202

Re: C.G&E

Mr. Curtis Allen, President/CEO
30 Technology Parkway South
Suite 100
Norcross, GA  30092

Re:  Reed Construction Data


Mr. Steven Hueser, CEO/President
590 Huey Road
Rock Hill, SC  29730

Re:  Terex Light Construction Co.


Timothy T. Tevens, President/CEO
140 John James Audubon Parkway
Amherst, NY  14228

Re:  Columbus McKinnon


Gerald West
13950 Plank Road
Baker, LA  70714

Re:  Commercial Tire, Inc.


Mr. Arol R. Wolford, President/CEO
PO Box 2241
Carol Stream, IL  60116

Re:  CMD Group


Jeffrey Philip Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE  19801

Re:  Collision Pro


Jody Shilling President/CEO
2595 Southwest Railroad Ave
Hammond, LA  70403

Re: Commercial Tire, Inc.


Mike Weinsier, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004

Re:  Cyrk, Inc. a/k/a Cyrk Acquisition

Jeff Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004

Re:  Cyrk, Inc. a/k/a Cyrk Acquisition


Attn: Mr. Ronald Cooper - President / CEO
3915 Air Park St.
Memphis, TN  38118

Re:  Delta Formost Chemical


Stephen J. Schechter
League City, Texas
6776 FM 2004
Hitchcock, TX 77563

Re:  Diamond Hydraulics


Bobby Dorris
d/b/a Dorris Cleaning
598 West College St.
Greenbrier, TN  37073

Re:  Dorris Cleaning


Attn: Rick Nettina - President / CEO
4519 Taylor Street
Hollywood, FL  33021-6627

Re:  Delta BCX Printing


G. Christopher Meyer, Esq.
Squire Sanders & Dempsey LLP
4900 Key Tower, 127 Public Sq.
Cleveland, OH  44114-1304

Re:  Diamant Boart


Barry Gindlesburger, Esq.
2054 Ridge Road
Jeanette, PA  15644

Re:  Diamond J. Transport, Inc.


Les Shayo, Esq.
8383 Wilshire, Suite 510
Beverly Hills, CA  90211

Re:  Dossey Holdings, Inc.

Brett Fallon, Esq.
Morris, James, Hitchens & Williams
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

Re:  Double A

Jeff Wasserman, Esq.
Ciconte, Roseman and Wasserman
1300 King Street
Wilmington DE  19801

Re:  Douglass Distributing

Attn: Steven Russ, President / CEO
31 Carleton Ave.
Mt. Vernon, NY  10550-4617

Re:  Dutchess Forging

Brett Fallon, Esq.
Morris, James, Hitchens & Williams
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

Re:  EJ Reynolds

William D. Sullivan, Esq.
The Nemours Building, Suite 1110
1007 N. Orange St.
Wilmington, DE  19899

Re:  Empite d/b/a Nortrax

Attn: President/Chief Executive Officer
100 Thomas Johnson Dr.
Frederick, MD  21702

Re:  Equipment Development Company

Attn: President/Chief Executive Officer
1195 Broad St.
Providence RI 02905-2910

Re:  Equiptechs, Inc.

Attn: President/ Chief Executive Officer
1411 N. 27th Ave.
Phoenix, AZ  85009

Re:  Falcon Power, Inc.

Attn President/ Chief Executive Officer
305 S. Andrews
Fort Lauderdale, FL 33301

Re: Fischer Group

Attn: President/Chief Executive Officer,
2601 East Oakland Park Blvd.
Fort Lauderdale, FL 33306

Re: Fischer Group

Attn: President/Chief Executive Officer
Fluid Tech Hydraulics
8432 Tiogawoods Drive
Sacramento, CA 95828

Re: Fluid Tech

Attn: President/Chief Executive Officer
3414 Highway 21
Atmore, Alabama 36502

GCR Pensacola Truck Tire Center

Attn: President Chief Executive Officer
7801 Rosecran St.
Paramount, CA 90723

Re: GCR Pensacola Truck Tire Center

Christopher A. Dawson, Esq.
VanAntwerp, Monge, Jones & Edwards, LLP
1544 Winchester Ave -- Fifth Floor
Ashland, Kentucky 41101

Re: Gene Jackson Tire Co.

Jeffrey P. Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE 19801

Re: Gene Jackson Tire Co.

Attn: Tracey Cornish
1999 Bryan Street, Suite 3200
Dallas, TX 75201

Re: GMR Marketing Inc.

Attn: President/Chief Executive Officer
220 E 42nd St., 15th Fl.
NYC, NY

Re:  GMR Marketing Inc.

Lee Watson, Esq.
Wingfoot Commercial Tire Systems, LLC
1000 South 21st Street
Fort Smith, Arkansas 72901

Re:  Goodyear Commercial Tire


Attn: President/Chief Executive Officer
932 Massachusetts, Suite 304
Lawrence, KS 66044

Re:  GSR Construction, Inc.

Attn: President/Chief Executive Officer
3010 N. State Road 217
Brownsburg, IN  46112

Re:  GSR Construction, Inc.


William T. Green III, P.C.
11 Greenway Plaza, Suite 2820
Houston, Texas  77046

Re:  Gullo Ford Mercury

Christopher A. Camardello, Esq.
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Re:  Harbor Graphics Corp.


Chris Reis, Esq. & William D. Sullivan, Esq.
Charles J. Brown, III, Esq.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Re:  Harte-Hanks

Attn: Paul Bentley, Registered Agent
1710 Snows Mill Ave.
Northport, AL  35476

Re:  Hick's Petroleum Distributors, Inc.

Attn: President/Chief Executive Officer
6700 MLK, Jr. Blvd.
Tuscaloosa, AL

Re: Hick's Petroleum Distributors

G. Christopher Meyer, Esq.
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114-1304

Re: Husquarna Forest & Garden

Attn: President/Chief Executive Officer
6555 Powerline Road, Suite 106
Ft. Lauderdale, FL  33309

Re: ID Technologies, Inc.

Attn: President/Chief Executive Officer
221 East Sample Rd., Suite 204
Pompano Beach,  FL 33064

Re: ID Technologies, Inc.

Nicole Fiori, Esq.
P.O. Box 19322/(77224-9322)
1001 W. Sam Houston Parkway NL
Houston, Texas 77043

Re: Igloo Products Corp.

Jessica E. Price
1001 Lakeside Ave., Suite 1600
Cleveland, Ohio 44114

Re: Illuminating Company, The

Brouse McDowell
1001 Lakeside Ave., Suite 1600
Cleveland, Ohio 44114

Re: Illuminating Company, The

Attn: John Michael Courney, Registered Agent
36203 Hwy. 1036
Holden, LA 70744

Re: Industrial Hydraulics

Attn: E. Hack Mays, Jr.
25677 Elmwood Place
Denham Springs, LA  70726

Re:  Industrial Hydraulics


Attn: President/Chief Executive Officer
Industrial Supplies Inc.
3158 Highway 20 W, Bldg. 1
Decatur, AL  35601

Re:  Industrial Hydraulics


Attn: President/Chief Executive Officer
6614 Langley Drive
Baton Rouge, LA  79809-5176

Re:  Industrial Hydraulics


Deborah Fallis, Esq.
Heller, Draper, Hayden, Patrick, & Horn, LLC
650 Potdras Street, Suite 2500
New Orleans, LA  70130-6103

Re:  Ingram Trucking Inc.


Marla R. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Re:  J A M Distributing Company


Attn: President/Chief Executive Officer
2523 Stoney Brook
Houston, TX  77042

Re:  J&B Auto Supply, Inc.


Attn: President/Chief Executive Officer
J&B Auto Supply & Machine
11635 Highway 105 E
Cut And Shoot, TX 77306-5371

Re:  J&B Auto Supply, Inc.


Andrea S. Hartley
One S.E. 3rd Ave., 28th Floor
Miami, Florida  33131-1714

Re:  Jeff Falkanger & Associates

Akerman Senterfitt
One S.E. 3rd Ave., 28th Floor
Miami, Florida  33131-1714

Re:  Jeff Falkanger & Associates

Michael St. Patrick Baxter, Esq.
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401

Re:  John Ray and Sons, Inc.

Jeffrey P. Wasserman, Esq,
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE  19801

Re:  Kent Demolition Tools

Attn: President/Chief Executive Officer
799 Roosevelt Road
Building 3, Suite 10
Glen Ellyn, IL  60137

Re:  Keson Industries, Inc.

Attn: President/Chief Executive Officer
810 Commerce Street
Aurora, IL  60504

Re:  Keson Industries, Inc.

Attn: President/Chief Executive Officer
8905 E. Garvey
Rosemead, CA  91770

Re:  L&P Financial Services

Mr. Michael Lane
Laclede Steel Company
440 N. 4th Street, Suite 300
St. Louis, MO  63102

Re:  Laclede Chain Mfg. Co.

Attn: James Angelone
6233 NW 82 Drive
Parkland, FL  33067

Re:  Land & Sea Petroleum, Inc.

Attn: President/Chief Executive Officer
6710 NW 15th Way
Fort Lauderdale, FL

Re: Land & Sea Petroleum, Inc.

Craig R. Denum, Esq.
Storey & Denum, P.C.
11757 Katy Freeway, Suite 1010
Houston, Texas 77079-1732

Re: Little Beaver, Inc.

Brian A, Lawton, Esq.
Metz Lewis LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222

Re: Lockhart Tire

Jessica E. Price, Esq.
Brouse McDowell
1001 Lakeside Ave., Suite 1600
Cleveland, Ohio 44114

Re: M.P. Brine Inc.

Corporation Service Company
4845 Jimmy Carter Blvd.
Norcross, GA 30093

Re: Maxim Group

Attn: President/Chief Executive Officer
2593 Kennesaw Due West Rd., NW
Kennesaw, GA 30144-3521

Re: Maxim Group

Maxout Sourcing Systems
Attn: President/Chief Executive Officer
P.O. Box 870871
Kansas City, MO 64187

Re: Maxout Sourcing Services

Suzanne Hill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
P.O. Box 951
Wilmington, DE 19899-0951

Re: Miller Bros. Giant Tire Service

Attn:  Carl G. James, Esq.
8000 Hub Parkway
Cleveland, Ohio  44125

Re:  Carl G. James, Esq.


Earl G. Covington
5225 Katy Freeway, Suite 206
Houston, TX  77007

Re:  Morgan Auto Supply Co.


Attn: President/Chief Executive Officer
1219 South Street
Pasadena, TX  77503

Re:  Morgan Auto Supply Co.


Attn: President/Chief Executive Officer
500 Stanton Christiana Rd.
Newark, DE  19713

Re:  Morgan Guaranty Trust Co.


Attn:  President/Chief Executive Officer
   & Stanley Jewell
1400 N. 25th St.
Melrose Park, IL  60160

Re:  Morgan Marshall Industries, Inc.


Richard Macias, Esq.
Creim, Macias & Koenig LLP
633 West 5th Street, 51st Floor
Los Angeles, CA  90071

Re:  Multiquip Inc.


Jane C. Fennelly, Esq.
Creim, Macias & Koenig LLP
633 West 5th Street, 51st Floor
Los Angeles, CA  90071

Re:  Multiquip Inc.


Attn: President/Chief Executive Officer
720 Grange St.
Philadelphia, PA  19120

Re:  Mutual Industries

Bradley S. Shraiberg, Esq.
*Arnstein & Lehr LLP*
2424 N. Federal Highway, Suite 462
Boca Raton, FL 33431

Re:  Naab Consulting Corp.


Attn:  President  Chief  Executive  Officer  an
Nabors, 617 25th St. South
Birmingham, AL  35233

Re:  Nabors Radiator & Electric


NACM of Colorado
Attn: Dennis Bedingfireld, Registered Agent
777 S. Wadsworth, Suites 2-100
Lakewood, CO 80226

Re:  NACM


Attn: President/Chief Executive Officer
NACM Southwest
1915 Westridge Dr.
Irving, TX 75038

Re:  NACM


Stephen W. Spence
1200 North Broom Street
Wilmington DE  19806

Re:  Nashville Tractor & Equip. Inc.


Brian A. Burden, Esq.
601 Bayshore Boulevard
Suite 720
Tampa, Florida  33606-2760

Re:  Neff Rental, Inc.


William D. Sullivan, Esq.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Re:  Nortrax Equipment Co. South LA


Charles J. Brown, III, Esq.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Re:  Nortrax Equipment Co. South LA

Rory M. Smith, Esq.
Sentry Insurance Claims
4400 E. 53rd St.
P.O. Box 8022
Davenport, IA. 52808

Re: Nortrax SE, LLC

William D. Sullivan, Esq.
The Nemours Building, Suite 1110
1007 N. Orange St.
Wilmington, DE 19899

Re: Nortrax SE, LLC

Amy Elizabeth Evans, Esq.
Cross & Simon LLC
913 N. Market Street, Suite 1001
PO Box 1380
Wilmington, DE 19899

Re: Office Management Systems, Inc.

Mr. Morgan, President
2023 Sunnydale Blvd.
Clearwater, FL 33765

Re: Morgan Tire & Auto, Inc. d/b/a
    Olson Tire Total Car Care

Mr. Morgan, President
2021 Sunnydale Blvd.
Clearwater, FL 33765

Re: Morgan Tire & Auto, Inc. d/b/a
    Olson Tire Total Car Care

Richard Turner, President
3700 Fiscal Court
River Beach, FL 33404-1723

Re: Original Equip. Replacement Parts

Richard Turner, Registered Agent
4624 Holly Drive
Palm Beach Gardens, FL 33410

Re: Original Equip. Replacement Parts

Alan L. Chochran, President
P.O. Box 590728
Orlando, FL 32859-0728

Re: Orlando Industrial Contractors

Larry Reid, President
13075 Newburgh Road
Livonia, MI 48150-5009

Re: OTR Tire & Supply Co.

Butch Crum
182 Crum Drive
Reynoldsburg, OH 43068

Re: Overland Machinery Co.


Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801-1246

Re: Pacific Century Leasing

Joanne M. Wilson, Esq.
Law Offices of Joanne M. Wilson, P.C.
2393 Surf Drive
Bellmore, New York 11710

Re: Parkway Truck Sales, Inc.


Genevieve Silveroli, Esq.
Electrolux
18013 Cleveland Parkway, Suite 100
P.O. Box 35920
Cleveland, Ohio 44135-0920

Re: Partner Industrial Products

G. Christopher Meyer, Esq.
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Re: Partner Industrial Products


Wayne Gotcher, President
7440 North Oracle Road #7
Tucson, AZ 85704

Re: Penick, Parr & Associates

Jeffrey Philip Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE 19801

Re: Peterson Tire Inc.

Stephanie J. Ward, Esq.
Brown Mccarroll, L.L.P.
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201

Re: Pro Chem Cleaning


Attn: John D. Cartmill, Registered Agent (or CEO)
8374 Allison Avenue
La Mesa, CA 91941

Re: Promotion Solution, Inc.

Jennifer L. Scoliard, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, L
919 Market Street, Suite 1000
Wilmington, DE 19801-3062

Re: Quick Corner, "Citgo"


Eric H. Lindenman, Esq.
Harris Beach LLP
805 Third Avenue
New York, New York 10022

Re: Rentlink Inc.

Attn: Ron Holland, President
370 Smith Street
North Kingstown, RI 02852-8508

Re: Rhode Island Tire Co. Inc.


Attn: Ronald Lawton Holland, President
26 Camp Avenue
North Kingstown, RI 02852

Re: Rhode Island Tire Co. Inc.

John Nichols, President
Joe Benavides, VP Finance
Yancy M. Robertson, Registered Agent
964 Irving Blvd.
Dallas, TX 75247-6294

Re: Robertson Fleet Services

Ron L. Daetweiler, President
P.O. Box 6560
Anaheim, CA 92816-0560

Re:  S&D Tire, Inc.

Attn: President/CEO
Kenneth R. Moore
15600 Bourline Road
Fort Worth, TX  76111

Re:  Saber Fleet Services, Inc. d/b/a Weiland
  Tire Service

Attn: Eric Speck, Vice President
4200 American Blvd.
Fort Worth, TX 76155-2102

Re:  Saber Fleet Services, Inc. d/b/a Weiland
  Tire Service

Attn:  Robert Weiland, Director
4708 Osage Ct.
Arlington, TX  76018

Re:  Saber Fleet Services, Inc. d/b/a
  Weiland Tire Service

Attn:  Kenneth R. Moore, Registered Agent
P.O. Box 161217
Ft. Worth, TX  76161-1217

Re:  Saber Fleet Services, Inc. d/b/a
  Weiland Tire Service

Attn:  Kenneth Moore, President
1328 Oakwood Court
Flower Mound, TX  75028

Re:  Saber Fleet Services, Inc. d/b/a
  Weiland Tire Service

Attention:  President/Chief Executive Officer
700 W. McNeil Road
Sanford, NC  27330

Re:  Seay Oil Company

Ted B. Bowen, Esq.
1405 W. 16th St.
Yuma, AZ  85364

Re:  Sellers Petroleum Products, Inc.

Luke Baer, Secretary
Robert Bosch Tool Corporation
  formerly S-B Power Tool Corporation
2800 S. 25th Avenue
Broadview, IL  60155-4532

Re:  Skil Bosch, SB Power Tool Co.

Luke Baer, Secretary
Robert Bosch Tool Corporation
2800 S 25th Avenue
Broadview, IL  60155-4532

Re:  Southeastern Crane

Eric T. Ray, Esq.
Balch & Bingham LLP
P.O. Box 306 (35201)
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203

Re:  Southern Linc

Attn: Kathy E. Lehne, Registered Agent
6922 Cavalcade St.
Houston, TX  77028

Re:  Sun Coast Resources Inc

Christopher Ryles
509 Highway 85 North
Niceville, FL  32578

Re:  Son Coast Hauling, L.L.C.

J. Larry Jones, President
Cougar Oil, Inc.
1411 Water Avenue
Post Office Box 1800
Selma, AL  36702-1800

Re:  Southern Energy Company

Jeff Brown, CEO
1188 Bell Road - Suite 206
Chagrin Falls, OH 44022-6101

Re:  Staffing Master.Com

Jeffrey P. Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE  19801

Re:  Tacony Corporation

Donald M. Cook, President
Robert Glasscock, Treasurer
4146 IH 10E
San Antonio, TX  78219-4014

Re:  Texana Machinery Corp.

Mike Gudknecht, Chief Financial Officer
Robert Glasscock, Treasurer
4146 IH 10E
San Antonio, TX  78219-4014

Re:  Texana Machinery Corp.

Karen C. Bifferato, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Re:  Tioga, Inc.

Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Re:  Tioga, Inc.

Amy J. Swedberg, Esq.
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

Re:  Tioga, Inc.

Martin J. Weis, Esq.
Dilworth Paxson LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Re:  TIP, Dept. 0501

Roy Brumfeld, President & CEO
310 Inglesby Parkway
P.O. Box 218
Duncan, SC 29334

Re:  Tire Centers, LLC

Carl N. Kunz, III, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
P. O. Box 2306
Wilmington, DE  19899-2306

Re:  TMP Worldwide n/k/a Monster Worldwide

Patrick M. Leathern, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
P. O. Box 2306
Wilmington, DE  19899-2306

Re:  TMP Worldwide n/k/a Monster Worldwide

Arthur Handy, President
7820 Chubb Road
Northville, MI  48167-9604

Re:  Triton Transport, Inc.

Darwin E. Niemtschk
3322 Jane Lane
Dallas, TX  75247

Re:  Truck PM Corporation

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE  19801

Re:  Tsurumi America, Inc.

Bayard J. Snyder, Esq.
Snyder & Associates
300 Delaware Avenue, Suite 1014
P.O. Box 90
Wilmington, DE  19899

Re:  Tullo Truck Stop

Michael R. Casey, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, Florida  33301

Re:  US Imaging Solutions

Jeffrey P. Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE  19801

Re:  US Markets, Inc.

Reginald W. Jackson, Esq.
Vorys, Sater, Seymour & Pease LLP
52 E. Gay Street
Columbus, OH  43215

Re:  Valvoline Company, The

Ronald D. Morelli, Esq.
Pietragallo, Bosick & Gordo
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Re: Vector Security, Inc.

Ricardo Palacio, Esq.
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

Re: Vermeer Manufacturing Co.

Jon L. Scott, Chief Executive Officer
5801 E. 76th Avenue
Commerce City, CO 80022-1061

Re: Vermeer Sales & Service of Colorado, Inc.

Lavern K. Scott, Registered Agent
5801 E. 76th Avenue
Commerce City, CO 80022-1061

Re: Vermeer Sales & Service of Colorado, Inc.

Terry Vickers, Chief Executive Officer
850 Cobb Place Boulevard, NW
Kennesaw, GA 30144-6805

Re: Vickers & Associates, Inc.

Debbie Vickers, Vice-President
850 Cobb Place Boulevard, NW
Kennesaw, GA 30144-6805

Re: Vickers & Associates, Inc.

James Vickers, President
850 Cobb Place Boulevard, NW
Kennesaw, GA 30144-6805

Re: Vickers & Associates, Inc.

Jeffrey P. Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE 19801

Re: Viking Oil

Gerardo I. Solarte, President
2201 S.W. 14th Street
Fort Lauderdale, FL 33312

Re:  The Voltech Company

Mr. Wayne Miller
P.O. Box 491
Pine Valley, CA

Re:  Wayne Miller's Mobile Tire, Inc.

Randy Wendel
119 Sleepy Hollow Drive
Lake Jackson, TX 77566

Re:  Wendel, Randy

Attn:  Bernard E. Brooks
4800 Sugar Grove Blvd., Suite 610
Stafford, TX  77477

Re:  World Wide Welding & Press, Inc.

Bradley S. Shraiberg, Esq.
Kluger, Peretz, Kaplan & Berlin
20283 State Road 7
Suite 300
Boca Raton, FL  33498

Original Equipment Replacement Parts

Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801