## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 10th day of March, 2006, I caused a true and correct copy of the **Notice of Deposition and Request for Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034**, to be served upon the party listed below in the manner indicated.

**VIA FACSIMILE & FIRST CLASS MAIL**

G. Christopher Meyer, Esquire
*Squire, Sanders & Dempsey L.L.P.*
4900 Public Square
Cleveland, OH 44114-1304
(216) 479-8780

_____
Mary E. Augustine (No. 4477)

619783v2