IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc. et al.,<br><br>Debtors | Case Nos. 01-11628 through 01-11639<br>(PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Diamant Boart, Inc.<br>Bobcat Company<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products,<br><br>Defendants. | <br><br><br><br><br><br>District Court Case Nos. (KAJ)<br><br>04-CV-1004<br>04-CV-1026<br>04-CV-1045<br>04-CV-1047 |

## AFFIDAVIT OF SERVICE

Jane M. Wojslawowicz, being of full age, deposes and states:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2. On May 2, 2006, I caused true and correct copies of the Order entered by Magistrate Judge Thynge Scheduling Another Teleconference for Tuesday, May 23, 2006 at 9:00 a.m. (EST) to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

14460/4
05/02/2006 1890260.01

3.  I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

_____
Jane M. Wojslawowicz

Sworn before me on 2nd day of
May, 2006

_____
Notary Public

**YVETTE ASH**
**A Notary Public Of New Jersey**
**My Commission Expires Sept. 14, 2008**

In re NationsRent, Inc., et al.
Case Nos. 01-11628 through 01-11639

Service List

G. Christopher Meyer, Esq.
Squire Sanders & Dempsey, LLP
4900 Public Square
Cleveland, Ohio 44114-1304
**Counsel to Diamant Boart and Partner Industrial Products**

William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 North Orange Street
Suite 1110
Wilmington, Delaware 19801-1236
**Counsel to Nortrax Equipment SE, LLC**

Mary E. Augustine, Esq.
Ashley Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899-5130
**For Service to Counsel to Bobcat Company**