## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

G. Christopher Meyer, Esquire
*Squire, Sanders & Dempsey L.L.P.*
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

_____
Mary E. Augustine (No. 4477)

625688v1

3